OPINION — AG — *** TURNPIKE AUTHORITY — CENTRAL PURCHASING — INSURANCE ** PURSUANT TO 69 O.S. 1703 [69-1703], THE OKLAHOMA TURNPIKE AUTHORITY IS 'NOT' REQUIRED TO UTILIZE THE SERVICES OF THE OFFICE OF OKLAHOMA CENTRAL PURCHASING WHEN ACQUIRING LIABILITY INSURANCE COVERING THE AUTHORITY MEMBERS AND/OR EMPLOYEES. HOWEVER, PURSUANT TO 74 O.S. 84.12 [74-84.12] IF IT SO DESIRES, THE OKLAHOMA TURNPIKE AUTHORITY HAS THE DISCRETION TO AVAIL ITSELF OF THE PROVISIONS OF THE CENTRAL PURCHASING CONTRACTS AND THE SERVICES OF THE PURCHASING CONTRACTS AND THE SERVICES OF THE PURCHASING DIRECTOR IN THE ACQUISITION OF LIABILITY INSURANCE. (IN THE SAME EXTENT AND IN THE SAME MANNER, CONTRACTS) CITE: 69 O.S. 1703 [69-1703], 69 O.S. 4006 [69-4006], 74 O.S. 85.2 [74-85.2], 74 O.S. 85.2 [74-85.2](7) 74 O.S. 85.1 [74-85.1], 74 O.S. 85.4 [74-85.4], 74 O.S. 85.12 [74-85.12] (RICHARD MILDREN) == SEE OPINION NO. 88-574 (1988) ==